IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
02 DEC 12 PM 1:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| MICHAEL E. ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 00-AR-0977-E |
| | ) | |
| GRAND MANOR, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
DEC 12 2002

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, defendant Grand Manor's motion to dismiss for the plaintiff's failure to prosecute is due to be granted, and this action, for that reason, and for the plaintiff's failure to come forward with any reason for having failed to comply with the magistrate judge's September 27, 2002 order, is due to be dismissed with prejudice. An appropriate order will be entered.

DONE, this _12th_ day of December, 2002.

_____
WILLIAM M. ACKER, JR.
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] No objections have been filed by the parties.